**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2024 DEC -9 P 3: 21

CLERK
SO. DIST. OF GA.

Kalaiah Jefferson
(Pro Se Litigant),
Plaintiff.

CASE NO: CV523-076

v.

Equifax Information Services, LLC,
TransUnion, LLC,
Experian Information Solutions Inc.,

Defendant.

**NOTICE OF SETTLEMENT DISCUSSIONS WITH EQUIFAX**

Plaintiff, Kalaiah Jefferson, submits this Notice to inform the Court that Plaintiff and Defendant, Equifax Information Solutions Inc., are in agreement and currently engaged in good-faith settlement discussions to resolve the above-captioned matter.

The parties are working diligently toward a potential resolution, and both will promptly notify the Court of any finalized settlement or the need to resume proceedings should the discussions not result in a resolution.

Respectfully submitted this 9th day of December, 2024.

*/s/ Kalaiah Jefferson*

Kalaiah Jefferson

P.O. Box 2234

Douglas, Georgia 31534

KalaiahJefferson17@gmail.com

(772) 801-9417

*Pro Se Litigant*