# In the United States District Court for the Southern District of Georgia Waycross Division

KALAIAH JEFFERSON,

    Plaintiff,

    v.

EQUIFAX INFORMATION SERVICES
LLC,[1] TRANSUNION, LLC, and
EXPERIAN INFORMATION SOLUTIONS
INC.,

    Defendants.

CV 524-044

## ORDER

Before the Court is a stipulation of dismissal, dkt. no. 27, wherein Plaintiff and Defendant Equifax Information Services LLC ("Equifax") stipulate to the dismissal with prejudice of Equifax as a defendant in this case. The parties having complied with Federal Rule of Civil Procedure 41(a)(1)(A)(i), all claims asserted against Equifax in this action are hereby **DISMISSED with prejudice.** See Fed. R. Civ. P. 41(a)(1)(A)(i) (dismissal before an opposing party serves either an answer or a motion for summary judgment). Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to terminate Equifax as a defendant in this

---

[1] Plaintiff erroneously named Defendant Equifax Information Services LLC as Equifax Inc. in the complaint. The Clerk is **DIRECTED** to correct Defendant's name on the docket.

action.    Plaintiff's claims against TransUnion, LLC, and Experian

Information Solutions Inc. remain pending.

    **SO ORDERED**, this **20** day of December, 2024.

                                        _____

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA