IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2024 DEC 23 A 10: 47

CLERK _____
SO. DIST. OF GA.

Kalaiah Jefferson
(Pro Se Litigant),
Plaintiff.

CASE NO: 5:24-cv-044

v.

Equifax Information Services Inc.,
TransUnion, LLC,
Experian Information Solutions Inc.,

Defendant.

**NOTICE OF SETTLEMENT WITH EXPERIAN INFORMATION SOLUTIONS, INC., ONLY**

**NOTICE OF SETTLEMENT**

Plaintiff Kalaiah Jefferson, appearing pro se, hereby notifies the Court that the Plaintiff and Defendant, Experian Information Solutions, Inc. ("Experian"), have reached a settlement in this matter.

To ensure receipt of the settlement funds and completion of all settlement terms, Plaintiff respectfully requests an extension until January 1, 2025, to file a Stipulation of Dismissal.

Respectfully submitted,

This 18th day of December, 2024.

*/s/ Kalaiah Jefferson*
Kalaiah Jefferson
P.O. Box 2234
Douglas, Georgia 31534
KalaiahJefferson17@gmail.com
(772) 801-9417
*Pro Se Litigant*

Kataiah Jeffcoat
P.O. Box 2234
Douglas, GA 31534




Retail

U.S.
USPS
DOUG
DEC

31520

$5

RDC 01   0 Lb 0.60 Oz   S232

U.S. District Cou
801 Gloucester S
Brunswick, GA 31



USPS TRACKING® #

9500 1136 7137 4354 6813 81

POSTAGE PAID
Ground Advtg
LAS, GA 31533
9, 2024

**40**
E503444-70

U.S. Marshals Service/SGA