# In the United States District Court for the Southern District of Georgia Waycross Division

KALAIAH JEFFERSON,

    Plaintiff,

v.

TRANSUNION, LLC, and EXPERIAN INFORMATION SOLUTIONS INC.,

    Defendants.

CV 524-044

## ORDER

Before the Court is a stipulation of dismissal, dkt. no. 33, wherein the parties stipulate to the dismissal with prejudice of Experian Information Solutions, Inc. ("Experian") as a defendant in this case. The parties having complied with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims asserted against Experian in this action are hereby **DISMISSED with prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to terminate Experian as a defendant in this action. Plaintiff's claims against TransUnion, LLC, remain pending.

**SO ORDERED**, this 31 day of January, 2025.

                       HON. LISA GODBEY WOOD, JUDGE
                       UNITED STATES DISTRICT COURT
                       SOUTHERN DISTRICT OF GEORGIA