IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| Kalaiah Jefferson<br>(Pro Se Litigant),<br>Plaintiff.<br><br>v.<br><br>TransUnion, LLC,<br>Defendant. | CASE NO: 524cv044<br><br><br>NOTICE OF SETTLEMENT |

## NOTICE OF SETTLEMENT

Plaintiff, Kalaiah Jefferson, hereby notifies the Court that the above-captioned matter has been settled between the parties. The parties have reached a settlement agreement, and as a result, Plaintiff is filing this Notice of Settlement with the Court.

Plaintiff intends to file a Stipulation of Dismissal with Prejudice once the settlement check is received.

Respectfully submitted this 3rd day of March.

/s/ Kalaiah Jefferson
Kalaiah Jefferson
P.O. Box 2234
Douglas, GA 31535
Kalaiahjefferson17@gmail.com
(772) 801-9417
*Pro Se Litigant*

Kularick Jefferson
P.O. Box 2234
Douglas, GA 31534

Retail  
31520
RDC 01    0 Lb 0.50 Oz

USPS Ground
DOUGLAS, G
MAR 03, 202

$5.25

S2324E503

U.S. District Court
801 Glocester St.
Brunswick, GA 31520

USPS TRACKING® #
9500 1136 7137 5062 7016 37

