# In the United States District Court for the Southern District of Georgia Waycross Division

KALAIAH JEFFERSON,

    Plaintiff,

v.

TRANSUNION, LLC,

    Defendant.

CV 524-044

### ORDER

Before the Court is a stipulation of dismissal, dkt. no. 41, wherein the parties stipulate to the dismissal with prejudice of TransUnion, LLC as a defendant in this case. The parties having complied with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims asserted against TransUnion in this action are hereby **DISMISSED with prejudice.** Each party shall bear its own fees and costs. There being no claims remaining, the Clerk is **DIRECTED** to close this case.

**SO ORDERED,** this 3 day of April, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA